Laurence ("Laird") J. Lucas (ISB # 4733)
llucas@advocateswest.org
Sarah K. Stellberg (ISB # 10538)
sstellberg@advocateswest.org
*Advocates for the West*
P.O. Box 1612
Boise, ID 83701
(208) 342-7024
(208) 342-8286 (fax)

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ANNE HAUSRATH, JOHN WHEATON, JOANIE FAUCI, MEG FEREDAY, ROGER ROSENTRETER, KATHRYN RAILSBACK, DALE REYNOLDS, and GREAT OLD BROADS FOR WILDERNESS,<br><br>   Plaintiffs,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF THE AIR FORCE,<br><br>   Defendant. | Case No. 1:19-cv-00103<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Plaintiffs certifies that Great Old Broads for Wilderness has no corporate parents, subsidiaries, or affiliates and no publicly held corporation owns 10% or more of its stock. A supplemental disclosure statement will be filed upon any change in the information provided herein.

1

DATED:  April 3, 2019	Respectfully submitted,

/s/ Sarah K. Stellberg
Sarah K. Stellberg (ISB # 10538)
sstellberg@advocateswest.org
Laurence ("Laird") J. Lucas (ISB # 4733)
llucas@advocateswest.org
*Advocates for the West*
P.O. Box 1612
Boise, ID 83701
(208) 342-7024
(208) 342-8286 (fax)

*Attorneys for Plaintiffs*