Laurence ("Laird") J. Lucas (ISB # 4733)
llucas@advocateswest.org
Sarah Stellberg (ISB # 10538)
sstellberg@advocateswest.org
Garrison Todd (ISB # 10870)
gtodd@advocateswest.org
Advocates for the West
P.O. Box 1612
Boise, ID 83701
(208) 342-7024
(208) 342-8286 (fax)
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ANNE HAUSRATH, JOHN WHEATON, JOANIE FAUCI, MEG FEREDAY, ROGER ROSENTRETER, KATHRYN RAILSBACK, DALE REYNOLDS, and GREAT OLD BROADS FOR WILDERNESS, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE AIR FORCE, <br><br> Defendant. | Case No. 1:19-CV-00103-CWD <br><br><br> **DECLARATION OF DR. JESSE R. BARBER** |

I, Dr. Jesse R. Barber, hereby declare as follows:

1.      My name is Jesse R. Barber, and I reside in Boise, Idaho. If called as a witness I would and could truthfully testify to the matters stated herein.

2.      I am providing this declaration to identify numerous deficiencies in the United States Air Force's environmental analysis of the "Urban Close Air Support Air and Ground Training Project" (Urban CAS project).

## STATEMENT OF QUALIFICATIONS

3.      The statements and professional judgments below are based on my scientific

training, knowledge, and experience, including my 10+ years of professional research studying

the impacts of anthropogenic noise.

4.      I am an Associate Professor with the Department of Biological Sciences at Boise

State University, and I currently lead a research team addressing behavioral, evolutionary and

conservation-related questions by employing bioacoustics to quantify how animals process and

react to sound. I am also a Research Affiliate with the University of Florida and Florida Museum

of Natural History.

5.      I received my B.S. in Psychology from the University of Wyoming in 1998, my

M.S. in Zoology from the University of Wyoming in 2002, and my Ph.D. in Biology from Wake

Forest University in 2007. I was a Postdoctoral Research Associate at Colorado State University

and the Natural Sounds and Night Skies Division of the National Park Service from 2007–2010,

and started my work at Boise State in 2011. Furthermore, I have received research grants from

NASA, the National Science Foundation, and the National Park Service, among others, to study

the effects of noise on wildlife.

6.      As detailed further in my attached CV, I have written extensively on the

consequences of noise exposure for wildlife and on the importance of natural soundscapes. I

have published studies evaluating the effects of noise in natural spaces on humans of recreating

in those spaces; studies evaluating the utility of sound mapping and modeling tools; and many

studies on the effects of anthropogenic noise on migrating birds, bats, insects and ungulates. I

have also published an edited book discussing the importance of natural quiet to both wildlife

and human recreation and wellbeing. I teach courses on bioacoustics, sensory ecology, and

DECLARATION OF DR. JESSE BARBER --                                                    2

sensory pollution, and have given talks around the world about the costs of noise exposure for wildlife.

## BASIS FOR TESTIMONY

7.      I have been asked to review the Air Force's November 2018 "Final Environmental Assessment Addressing the Establishment of Urban Close Air Support (CAS) Air and Ground Training Spaces near Mountain Home Air Force Base, Idaho" (Air Force EA) and associated "Finding of No Significant Impact" (FONSI) to make a professional judgment regarding the depth and accuracy of the Air Force's acoustic environmental analysis.

8.      In preparing this declaration, I have relied on the Air Force EA and FONSI, the studies in the record that the Air Force EA and FONSI relied upon, my personal knowledge of acoustics, and the extensive body of anthropogenic noise research with which I am familiar.

## THE EA IS SCIENTIFICALLY INADEQUATE

9.      The EA and FONSI rely upon inaccurate scientific measurements, and a near-complete dismissal of impacts to wildlife, to find there will be no significant impacts to this action. As discussed below, these flaws include reliance upon broadly generalized and unmeasured background noise levels and an omission of substantial scientific evidence on the effects of noise on wildlife. The discussion of background noise levels is incomplete and misleading and sound levels are unmeasured, calling into question the Air Force's conclusions based on acoustics.

10.     To assess potential soundscape impacts, the Air Force estimated (i.e., did not measure) the cumulative impacts of aircraft noise on each urban center using the Day-Night Sound Level (DNL)—the average dBA level (i.e., A-weighted decibels, which measure noise impacts on human observers) in a 24-hour period, with a 10 dBA penalty added to noise between

10:00 p.m. and 7:00 a.m. *See* Air Force EA, Section 3.1.1 (AR00048-49). This DNL was then compared to an estimate of the background noise levels in the impacted areas. For this analysis, the EA grouped the targeted urban centers into three categories by size and estimated the background noise level, calculated as DNL, within each as follows: large, 57 dBA; medium, 52 dBA; and small, 40 dBA. *Id.* Sections 3.1.2 and 3.1.3 (AR00049-54).

11.     This approach is gross and certainly underestimates the effects to many areas within these municipalities that are significantly quieter than these numbers assume. Further, this approach completely ignores an even greater area of less urbanized and natural habitat surrounding these urban centers. Many natural environments experience noise levels orders of magnitude below the estimated levels presented in the Air Force EA for urban centers. No effort was made to directly quantify these natural environments, nor urban environments. There is no substitution for sound level measurements.

12.     Furthermore, the Air Force cited census statistics and a single noise study—*American National Standard Institute – Quantities and Procedures for Description and Measurement of Environmental Sound Part 3: Short-term measurements with an observer present* (ANSI 2013)—to estimate background noise levels in the urban areas affected by the Urban CAS Project.  *See* Air Force EA Section 3.1.2 (AR00049-50). The cited Table C.1 of ANSI 2013 lists average DNLs for a range of population densities, and also includes a formula that estimates DNLs based on population density. *See* AR09851. Notably, this table and formula explicitly state they "should not be used" to predict DNLs that are under 50 dB, such as the estimates the Air Force used for Grandview, Bruneau, Glenns Ferry, Hammett, and Mountain Home AFB. *Id.* No other record documents besides data on airports were used to formulate the assumed DNLs. AR00050.

DECLARATION OF DR. JESSE BARBER --                                                                4

13.     The Air Force EA thus relied on inadequate data in assessing soundscape impacts, and it misapplied the cited study without acknowledging its limitations. Again, relying on such gross estimates and misapplying the cited study is no substitute for obtaining actual baseline noise levels and then assessing potential noise impacts of the Urban Training project on the affected soundscapes. The EA and associated FONSI are thus not scientifically accurate because of these defects, in my opinion.

14.     Moreover, the EA failed to discuss that the 15 nautical mile (nm) radius training areas over the affected urban centers cover wide swaths of unincorporated lands as well.  This means the EA's DNL estimates are inapplicable to areas such as the Boise Foothills and other adjacent natural habitats – areas that are within the described training area, and areas that must be taken into account in any ecologically-relevant assessment process. This omission is significant given how close the Boise Foothills and other public lands with natural habitats are to the urban areas affected by the Urban CAS Training project, and further undermines the accuracy of the EA and FONSI, I believe.

15.     The Air Force EA also summarily dismissed noise impacts to birds and wildlife, stating that noise levels "would that not be of sufficient magnitude to result in direct loss of individuals or reduce reproductive output." *See* EA p. 3-2 (AR00047). The EA referenced no studies or research articles in dismissing any impacts to birds or wildlife. *Id.* This dismissal of noise impacts to birds and wildlife ignores a substantial literature on the subject, and is scientifically unsupported and inaccurate in my opinion.

16.     Again, estimated sound levels were calculated in DNL dBA—metrics unsuited for estimating wildlife impacts. Yet the larger Boise area, the Boise River, and the Snake River Plain are important habitat for wildlife and a major migratory flyway for birds. The 6 hours per day of

flights over important and limited riparian habitat could have significant impacts on birds and wildlife. Without knowing the actual noise exposure that wildlife will receive and the relevant background sound levels (see paragraphs 10 and 11 above), estimates of effects cannot be made. However, given that small changes in sound level (3 dB) can negatively affect birds and wildlife, it is certainly possible that the Air Force Urban CAS Training actions will negatively impact some animals and habitats.

17.     The EA failed to address a rich literature in ecology that outlines substantial effects of anthropogenic noise on wildlife (Barber et al. 2010; Francis and Barber 2013). For example, in boreal forests in the tar sands region of Alberta, Canada, Bayne and colleagues (2008) found songbird densities to be 50% higher near quieter oil extraction facilities than near areas that produce substantial noise. Although some species, such as the ovenbird, appear not to avoid noise in their breeding habitat use (Bayne et al. 2008), lack of avoidance may not come without costs. Male ovenbirds in noisy areas were younger and had lower pairing success than those in quieter areas (Habib et al. 2007). Using a similar design in piñon-juniper woodlands in New Mexico, Francis and colleagues (2009) found a one-third decrease in breeding bird richness and a fundamentally different composition of species in noisy areas relative to quiet areas. Importantly, these noise-induced changes in the avifauna have broader reverberations for the ecosystem: noise alters plant-animal interactions (Francis et al. 2012) that will affect woodland composition for decades through reductions in the establishment of piñon pine, which is a foundational species. Other studies investigating indirect effects of noise are lacking; however, growing evidence suggests that indirect effects that result from changes to the composition of communities can be more important than direct effects from environmental stressors (e.g., Ockendon et al. 2014). Indeed, evidence that key predators, such as owls (Mason et al. 2016,

Senzaki et al. 2016), bats (Siemers and Schaub 2011, Bunkley et al. 2015, Bunkley and Barber 2015), and common nest predators (Francis et al. 2009) experience reduced hunting efficiency or avoid noisy areas suggests that cascading effects due to the disruption of top-down forcing may be common.

18.   These examples suggest that noise can degrade ecological conditions for many species; however, whether altered acoustic conditions are as important as other aspects of variation in environmental characteristics has not been well studied. In one exception, Kleist et al. (2017) found that breeding habitat selection for two of three songbirds was better explained by variation in acoustic conditions due to gas compressor noise than variation in forest cover. Large-scale manipulative field experiments verify the strong influence of noise.

19.   Of potentially great significance here, male greater sage-grouse experience elevated stress hormone levels (i.e., glucocorticoids) at noise-exposed leks relative to those at control leks (Blickley et al. 2012b a) and stress hormone dysfunction could explain, at least partially, observed declines in lek attendance with experimental exposure to natural gas drilling and traffic noise (Blickley et al. 2012a b). Greater sage-grouse occupy substantial habitat in southern Idaho landscapes over which the Air Force Urban CAS Training project activities will take place, including near the Mountain Home Air Force Base.  Potential noise impacts on sage-grouse should have been given express consideration in the EA, but were not.

20.   Manipulative experiments focused on roadway traffic noise also confirm that altered acoustics is a strong ecological force shaping behavior, ecology, and distributions of animals. In a series of studies that experimentally added and removed traffic noise from the landscape, McClure et al. (2013) and Ware et al. (2015) found migrating birds to decline in abundance during intervals of exposure to the "phantom road" at a migration stopover site. To

DECLARATION OF DR. JESSE BARBER --                                                  7

meet the incredible physiological demands of long migratory flights (Sillett and Holmes 2002), birds must maintain or increase body condition through increased foraging during stopover periods. However, for many species, individuals that remained in the areas exposed to the traffic noise playback did not improve in body condition at the same rate as individuals in control areas or those in the area exposed to the phantom road when it was "off" (Ware et al. 2015).

21.     A recent study employed large-scale manipulation of the acoustic environment via speaker arrays to mimic the noise component of compressor stations in natural gas extraction fields during the songbird breeding season (Cinto Mejia et al. 2019). This work revealed a marked effect on songbird abundance. Under playback of broadband noise, the abundance of all birds combined, and Brewer's sparrow, decreased. This research demonstrates that noise alone can recreate similar patterns of songbird space use found in natural gas extraction fields.

22.     Clearly, noise is a critical variable to consider in any environmental assessment of potential impacts to birds and wildlife, and the broader ecological systems in which they are found. In summarily dismissing any such impacts, without analysis or consideration of relevant science, the Air Force EA again is not scientifically supportable, in my opinion.

## CONCLUSIONS

23.     My professional analysis is that the Air Force EA did not present a scientifically credible analysis of the adverse impacts of aircraft noise exposure from the Urban CAS project. Among other flaws, the EA relied upon inaccurate estimates of background noise levels and omission of a vast body of literature on the effects of noise exposure on wildlife to find there will be no significant impacts to this action.

24.     Because of these flaws, the Air Force EA and FONSI cannot be used to justify this training without revision. The Air Force should be required to re-analyze and fully disclose

the potential noise impacts of the Urban CAS project using scientifically-valid methods and sources.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge. Executed this 14th of January 2020 in Boise, Idaho.
15th

/s/     _____
Dr. Jesse Barber

## Important References Reviewed

Abbott, L. A., B. D. Taff, P. Newman, J. A. Benfield, and A. J. Mowen. 2016. Influence of natural sounds on restoration. Journal of Park and Recreation Administration 34:5–15.

Ambrose, S., C. Florian, and J. MacDonald. 2014. Ambient sound levels in sage habitats in Wyoming, April 2014. Unpublished report to Wyoming Department of Game and Fish, Cheyenne, WY.

Barber, J. R., C. L. Burdett, S. E. Reed, K. A. Warner, C. Formichella, K. R. Crooks, D. M. Theobald, and K. M. Fristrup. 2011. Anthropogenic noise exposure in protected natural areas: estimating the scale of ecological consequences. Landscape ecology 26:1281.

Barber, J. R., K. R. Crooks, and K. M. Fristrup. 2010. The costs of chronic noise exposure for terrestrial organisms. Trends in Ecology & Evolution 25:180–189.

Bayne, E. M., L. Habib, and S. Boutin. 2008. Impacts of chronic anthropogenic noise from energy-sector activity on abundance of songbirds in the boreal forest. Conservation Biology 22:1186–1193.

Benítez-López, A., R. Alkemade, and P. A. Verweij. 2010. The impacts of roads and other infrastructure on mammal and bird populations: A meta-analysis. Biological Conservation 143:1307–1316.

Blickley, J. L., D. Blackwood, and G. L. Patricelli. 2012a. Experimental evidence for the effects of chronic anthropogenic noise on abundance of greater sage-grouse at leks. Conservation Biology 26:461–471.

Blickley, J. L., K. R. Word, A. H. Krakauer, J. L. Phillips, S. N. Sells, C. C. Taff, J. C. Wingfield, and G. L. Patricelli. 2012b. Experimental chronic noise is related to elevated fecal corticosteroid metabolites in lekking male Greater Sage-Grouse (Centrocercus urophasianus). PloS one 7:e50462.

Bunkley, J. P., and J. R. Barber. 2015. Noise Reduces Foraging Efficiency in Pallid Bats ( Antrozous pallidus ). Ethology: formerly Zeitschrift fur Tierpsychologie 121:1116–1121.

Bunkley, J. P., C. J. W. McClure, N. J. Kleist, C. D. Francis, and J. R. Barber. 2015. Anthropogenic noise alters bat activity levels and echolocation calls. Global Ecology and Conservation 3:62–71.

Bureau of Land Management. 2003. Final environmental impact statement and proposed plan amendment for the Powder River Basin oil and gas project. Bureau of Land Management

Environmental Impact Statement.

Buxton, R. T., M. F. McKenna, D. Mennitt, K. Fristrup, K. Crooks, L. Angeloni, and G. Wittemyer. 2017. Noise pollution is pervasive in U.S. protected areas. Science 356:531–533.

Cinto Mejia, E., C. J. W. McClure, and J. R. Barber. 2019. Large-scale manipulation of the acoustic environment can alter the abundance of breeding birds: Evidence from a phantom natural gas field. Journal of Applied Ecology 17:948.

Delaney, D. K., T. G. Grubb, P. Beier, L. L. Pater, and M. H. Reiser. 1999. Effects of helicopter noise on Mexican Spotted Owls. Journal of Wildlife Management 63:60–76.

Dooling, R. J., and A. N. Popper. 2007. The effects of highway noise on birds. Sacramento, CA: The California Department of Transportation Division of Environmental Analysis 74.

Fahrig, L., and T. Rytwinski. 2009. Effects of roads on animal abundance: an empirical review and synthesis. Ecology and Society 14.

Francis, C. D. 2015. Vocal traits and diet explain avian sensitivities to anthropogenic noise. Global Change Biology 21:1809–1820.

Francis, C. D., and J. R. Barber. 2013. A framework for understanding noise impacts on wildlife: an urgent conservation priority. Frontiers in Ecology and the Environment 11:305–313.

Francis, C. D., N. J. Kleist, C. P. Ortega, and A. Cruz. 2012. Noise pollution alters ecological services: enhanced pollination and disrupted seed dispersal. Proceedings of the Royal Society B: Biological Sciences 279:2727–2735.

Francis, C. D., C. P. Ortega, and A. Cruz. 2009. Noise pollution changes avian communities and species interactions. Current Biology 19:1415–1419.

Francis, C. D., J. Paritsis, C. P. Ortega, and A. Cruz. 2011. Landscape patterns of avian habitat use and nest success are affected by chronic gas well compressor noise. Landscape ecology 26:1269–1280.

Gilbert, M. M., and A. D. Chalfoun. 2011. Energy development affects populations of sagebrush songbirds in Wyoming. Journal of Wildlife Management 75:816–824.

Goodwin, S. H., and W. G. Shriver. 2011. Effects of traffic noise on occupancy patterns of forest birds. Conservation Biology 25:406–411.

Habib, L., E. M. Bayne, and S. Boutin. 2007. Chronic industrial noise affects pairing success and age structure of ovenbirds Seiurus aurocapilla. Journal of Applied Ecology 44:176–184.

Ikelheimer, B., and K. Plotkin. 2005. Noise model simulation (NMSim) user manual. Wyle Laboratories Report WR 03 9.

Kaliski, K., E. Duncan, and J. Cowan. 2007. Community and regional noise mapping in the United States. Sound and Vibration 41:12.

Karantonis, P., T. Gowen, and M. Simon. 2010. Further comparison of traffic noise predictions using the CadnaA and SoundPLAN noise prediction models. Pages 23–27 Proceedings of 20th International Congress on Acoustics, ICA. acoustics.asn.au.

van Kempen, E., and W. Babisch. 2012. The quantitative relationship between road traffic noise and hypertension: a meta-analysis. Journal of Hypertension 30:1075–1086.

Keyel, A. C., S. E. Reed, M. F. McKenna, and G. Wittemyer. 2017. Modeling anthropogenic noise propagation using the Sound Mapping Tools ArcGIS toolbox. Environmental Modelling & Software 97:56–60.

Keyel, A. C., S. E. Reed, K. Nuessly, E. Cinto-Mejia, J. R. Barber, and G. Wittemyer. 2018. Modeling anthropogenic noise impacts on animals in natural areas. Landscape and Urban Planning 180:76–84.

Kight, C. R., and J. P. Swaddle. 2011. How and why environmental noise impacts animals: an integrative, mechanistic review. Ecology Letters 14:1052–1061.

Kleist, N. J., R. P. Guralnick, and A. Cruz. 2017. Sound settlement: noise surpasses land cover in explaining breeding habitat selection of secondary cavity-nesting birds. Ecological Applications 27:260–273.

Łowicki, D., and S. Piotrowska. 2015. Monetary valuation of road noise. Residential property prices as an indicator of the acoustic climate quality. Ecological Indicators 52:472–479.

Madsen, P. T. 2005. Marine mammals and noise: problems with root mean square sound pressure levels for transients. The Journal of the Acoustical Society of America 117:3952–3957.

Mason, J. T., C. J. W. McClure, and J. R. Barber. 2016. Anthropogenic noise impairs owl hunting behavior. Biological Conservation 199:29–32.

McClure, C. J. W., H. E. Ware, J. Carlisle, G. Kaltenecker, and J. R. Barber. 2013. An experimental investigation into the effects of traffic noise on distributions of birds: avoiding the phantom road. Proceedings of the Royal Society B: Biological Sciences 280:20132290.

McKenna, M. F., G. Shannon, and K. Fristrup. 2016. Characterizing anthropogenic noise to improve understanding and management of impacts to wildlife. Endangered Species Research 31:279–291.

Newman, P., R. Manning, and K. Trevino. 2010. From landscapes to soundscapes: Introduction to the special issue. Park Science 26:2–5.

Ockendon, N., D. J. Baker, J. A. Carr, E. C. White, R. E. A. Almond, T. Amano, E. Bertram, R. B. Bradbury, C. Bradley, and S. H. M. Butchart. 2014. Mechanisms underpinning climatic impacts on natural populations: altered species interactions are more important than direct effects. Global Change Biology 20:2221–2229.

Ortega, C. P., and C. D. Francis. 2012. Chapter 7: Effects of gas-well-compressor noise on the ability to detect birds during surveys in northwest New Mexico. Ornithological Monographs 74:78–90.

Pater, L. L., T. G. Grubb, and D. K. Delaney. 2009. Recommendations for improved assessment of noise impacts on wildlife. Journal of Wildlife Management 73:788–795.

Pilcher, E. J., P. Newman, and R. E. Manning. 2009. Understanding and managing experiential aspects of soundscapes at Muir Woods National Monument. Environmental Management 43:425–435.

Rasmussen, K. B. 1985. On the effect of terrain profile on sound propagation outdoors. Journal of Sound and Vibration 98:35–44.

Reed, S. E., J. L. Boggs, and J. P. Mann. 2012. A GIS tool for modeling anthropogenic noise propagation in natural ecosystems. Environmental Modelling & Software 37:1–5.

Rochat, J. L., and D. Reiter. 2016. Highway traffic noise. Acoustics Today 12:38.

Senzaki, M., Y. Yamaura, C. D. Francis, and F. Nakamura. 2016. Traffic noise reduces foraging efficiency in wild owls. Scientific Reports 6:30602.

Shannon, G., M. F. McKenna, L. M. Angeloni, K. R. Crooks, K. M. Fristrup, E. Brown, K. A. Warner, M. D. Nelson, C. White, and J. Briggs. 2016. A synthesis of two decades of research documenting the effects of noise on wildlife. Biological Reviews 91:982–1005.

Siemers, B. M., and A. Schaub. 2011. Hunting at the highway: traffic noise reduces foraging efficiency in acoustic predators. Proceedings of the Royal Society, Series B: Biological Sciences 278:1646–1652.

Simons, T. R., M. W. Alldredge, K. H. Pollock, and J. M. Wettroth. 2007. Experimental analysis

of the auditory detection process on avian point counts. The Auk 124:986–999.

Stein, B. A., C. Scott, and N. Benton. 2008. Federal lands and endangered species: the role of military and other federal lands in sustaining biodiversity. Bioscience 58:339–347.

Sunder, M. 2003. Notice of recommendation from the aircraft noise model validation study. Federal register:63131–63132.

Swaddle, J. P., C. D. Francis, J. R. Barber, C. B. Cooper, C. M. Kyba, D. M. Dominoni, G. Shannon, E. Aschehoug, S. E. Goodwin, A. Y. Kawahara, D. Luther, K. Spoelstra, M. Voss, and T. Longcore. 2015. A framework to assess evolutionary responses to anthropogenic light and sound. Trends in Ecology & Evolution 30:550–560.

Ware, H. E., C. J. W. McClure, J. D. Carlisle, and J. R. Barber. 2015. A phantom road experiment reveals traffic noise is an invisible source of habitat degradation. Proceedings of the National Academy of Sciences 112:12105–12109.

# Jesse R. Barber

Boise State University, Department of Biological Sciences
1910 University Drive, Boise, ID, 83725-1515
**EMAIL** jessebarber@boisestate.edu **OFFICE** 208-426-3202 **CELL** 208-789-1123

## EDUCATION

| | | | |
|---|---|---|---|
| **Ph.D.** | Wake Forest University | Biology | 2007 |
| **M.S.** | University of Wyoming | Zoology & Physiology and Neuroscience | 2002 |
| **B.S.** | University of Wyoming | Psychology with honors | 1998 |

## PROFESSIONAL APPOINTMENTS

**Associate Professor**
Boise State University, Department of Biological Sciences.                                    2017 – present.
Research Affiliate. University of Florida, Florida Museum of Natural History.    2019 – present.
**Assistant Professor**
Boise State University, Department of Biological Sciences.                                    2011 – 2017.
**Postdoctoral Research Associate**
Colorado State University, Dept. of Fish, Wildlife and Conservation Biology
in collaboration with the Natural Sounds and Night Skies Division of the
National Park Service.                                                                                            2007 – 2010.

## TEACHING EXPERIENCE

*Boise State University*
Principles and Processes in Ecology, Evolution, and Behavior (EEB 601, PhD program cohort course, taught once).
Foundations in Ecology and Evolution (BIOL 304, lower-division undergraduate core course, Evolution half, taught twice).
Sensory Ecology and Evolution (BIOL 497/597, Graduate/Undergraduate course, Spring semester, taught 3 times).
Conservation Biology (BIOL 422, Upper-division Undergraduate course, taught once).
General Biology II (BIOL 192, Introductory course, second half - Animal Biodiversity, Spring Semester, ~200 students, taught 4 times).
Comparative Vertebrate Anatomy and Lab (ZOOL 301 and 301L, Undergraduate course with two labs per week, Fall Semester, taught 4 times).
Bioacoustics (BIOL 597, Graduate course, Spring Semester, taught 2 times, taught as needed).
Graduate Seminars (BIOL 598; Topics: Sensory Pollution, Trophic Cascades, Protected Areas in a Changing World, 1 credit each, Fall and Spring Semesters).
*Sensory Worlds of Animals*: Osher Lifelong Learning Institute. This course, targeted at the Osher Institute's population of learners over 55 years of age, consists of 4 meetings of 2 hours each. Approximately 60 students. Taught Fall 2017 and Spring 2012.

**RESEARCH GRANTS**

| | |
|---|---|
| 2019-2023 | **National Science Foundation, Integrative Organismal Systems, Behavioral Systems (900K).** Collaborative Research: Acoustic deflection in bat-moth interactions: Revealing the mechanism and evolution of a sensory illusion, *PI*. Collaborative partner with linked independent award: A. Kawahara (UF; 600K). |
| 2017-2020 | **NASA (780K).** Using NASA resources to better inform wildlife conservation in the Anthropocene: Spatially predicting impacts of anthropogenic nightlight and noise on wildlife habitat integrity across the contiguous United States *Co-PI* with Clint Francis (Cal Poly) and PI Neil Carter (U Michigan). |
| 2016-2020 | **National Science Foundation, Division of Environmental Biology, Population and Community Ecology (500K)** Collaborative Research: Direct and indirect effects of natural sounds on the structure of vertebrate insectivore communities, *PI*. Collaborative partner with linked independent award: C. Francis (Cal Poly; 480K). Including 2018 supplement **(37K)** for collaborative work with Jodi Sedlock via the ROA mechanism (project: *Katydid chorus noise and bat activity*). |
| 2016-2020 | **National Park Service, Grand Teton National Park (275K).** Bats and anthropogenic infrastructure: how buildings and artificial light at night influence bat communities in Grand Teton National Park. |
| 2016-2019 | **National Geographic Society's Committee for Research and Exploration (28K)** How do moth tails divert bat attack? *PI* |
| 2014-2019 | **National Science Foundation, Dynamics of Coupled Natural and Human Systems (600K Total, *300K to Boise State*)** CNH: Soundscapes as an element in coupled human and natural systems. *PI* with Co-PIs: Peter Newman (Penn State), Chris Monz (Utah State) and Clint Francis (Cal Poly). |
| 2014-2016 | **National Park Service (95K)** The Phantom Natural Gas Field: Impacts of energy extraction noise on ecosystems, *PI* |
| 2011–2015 | **National Science Foundation, Integrative Organismal Systems, Behavioral Systems (269K)** Collaborative Research: Alternative strategies and evolutionary routes in the escalation of the bat-moth arms race: Ultrasonic stridulation in hawkmoths, *PI*. Collaborative partner with linked independent award: A. Kawahara (Florida). |
| 2011-2015 | **National Park Service (267K)** Roadway noise and foraging behavior in bats and birds: A phantom road experiment, *PI* |
| 2014 / 2018 | **French Guiana Nouragues Travel grants (30K each)** Bat-moth interactions at the Nouragues tropical research station*, PI* with Co-PI A. Kawahara. |
| 2013 | **NESCent NSF Catalysis grant (40K; travel and meeting costs for 25 participants, April 24-28 2014)** Anthropogenic Sensory Stimuli as Drivers of Evolution: A conceptual synthesis and roadmap for an integrated citizen-science research network, *Co-PI* with Caren Cooper (Cornell) and Clint Francis (Cal Poly). |
| 2013 | **Idaho EPSCoR, National Science Foundation (11K)** Cascading effects of noise pollution on ecosystems, *PI* (collaboration with Keith Reinhardt: Idaho State; plant physiologist). |
| 2012 | **Osher Faculty Research Grant, Boise State University (4K)** Monitoring forest owl migration, expanding community outreach and assessing the impacts of anthropogenic noise on owl hunting ability, *PI*. |

| 2010 | **American Philosophical Society (5K)** Bat-moth interactions in the Old World, *PI* |
| 2008 | **University of Wyoming-NPS Research Station (2.2K)** Background sound level and avian predator-prey interactions, *PI* |
| 2007 | **American Museum of Natural History (1.5K)** Biosonar jamming in the bat-moth arms race, *PI* |
| 2005 | **Richter Foundation (5K)** Biosonar jamming in the cloud forest, *PI* |

## PUBLICATIONS
(*Italics* indicate undergraduate or graduate student co-authors)

### *In press*
Dominoni DM, Halfwerk W, Buxton RT, Fernandez-Juricic E, Fristrup KM, McKenna MF, Mennitt DJ, Seymoure BM, Francis CD, Carter NH, **Barber JR** (*in press*). Why and how conservation biology can benefit from sensory ecology. *Nature Ecology and Evolution*. Accepted.

### 2019
*Cinto Mejia E*, McClure CJW, **Barber JR** (2019) Large-scale manipulation of the acoustic environment can alter the abundance of breeding birds: Evidence from a phantom natural gas field. *Journal of Applied Ecology*. 56(8):2091-2101.

Kawahara AY, *Plotkin D*, Espeland M, Meuseman K, Toussaint EFA, Donath A, Gimnich F, Frandsen PB, Zwick A, dos Reis M, **Barber JR**, Peters RS, Liu S, Zhou X, Mayer C, Podsiadlowski L., Storer C., Yack JE, Misof B., Breinholt JW (2019). Phylogenomics reveals the evolutionary timing and pattern of butterflies and moths. *Proceedings of the National Academy of Sciences*. Oct. 21 issue online.

*Le M, Garvin C*, **Barber J**, Francis C (2019). Natural sounds alter California ground squirrel (*Otospermophilus beecheyi*) foraging, vigilance, and movement behaviors. *Animal Behavior*. 157:51-60.

Berger-Tal O, Wong BBM, Candolin U, **Barber J** (2019) What evidence exists on the effects of anthropogenic noise on acoustic communication in animals? A systematic map protocol. *Environmental Evidence*. 8. Article 18.

*Pacioretty MT, Martinez P, Cinto Mejia E*, Reinhard K*, **Barber JR***, de Graaff M-A, Kawahara AY, Aho K (2019) Experimental exclusion of insectivorous predators results in no responses across multiple trophic levels in a water-limited, sagebrush-steppe ecosystem. *Journal of Arid Environments*. 160:74-81. *Co-PIs

*Jusino MA*, Banik MT, Palmer JM, Wray AK, Xiao L, Pelton E, **Barber JR**, Kawahara AY, Gratton C, Peery MZ, Lindner DL (2019) An improved method for utilizing high-throughput amplicon sequencing to determine the diets of insectivorous animals. *Molecular Ecology Resources*. 19:176-190.

Hamilton CA, *St. Laurent RA, Dexter K*, Kitching JW, Breinholt JW, Zwick A, Timmermans MJTN, **Barber JR**, Kawahara AY (2019) Phylogenomics resolves major relationships and reveals significant diversification rate shifts in the evolution of silk moths and relatives. *BMC Evolutionary Biology* 19(182).

**2018**

*Leavell BC, Rubin JJ*, McClure CJW, *Miner KA*, Branham MA, **Barber JR** (2018) Fireflies thwart bat attack with multisensory warnings. *Science Advances* 4:8, eaat6601

*Rubin JJ*, Hamilton CA, McClure CJW, Chadwell BA, Kawahara AY, **Barber JR** (2018) The evolution of anti-bat sensory illusions in moths. *Science Advances* 4:7, eaar7428

Kawahara AY, *Plotkin D,* Hamilton C, *Harlan G, St Laurent R, Owens H, Homziak N,* **Barber JR** (2018) Diel behavior in moths and butterflies: a synthesis of data illuminates the evolution of temporal activity. *Organisms Diversity and Evolution*. 18:13-27.

Keyel AC, Reed SE, Nuessly K, *Cinto Mejia E,* **Barber JR**, Wittemyer G (2018) Modeling anthropogenic noise impacts on animals in natural areas. *Landscape and Urban Planning*. 180: 76-84.

Manning R, Newman P, **Barber J**, Monz C, Hallo J, Lawson S (2018) Principles for studying and managing natural quiet and natural darkness in national parks and other protected areas. *George Wright Forum*. 35(3):350-362.

**2017**

Francis CD, *Levenhagen M, Petrelli A*, Taff BD, Newman P, White C, Monz CA, Burson S, Cooper CB, Fristrup KM, McClure CJW, Mennit D, Giamellaro M, **Barber JR** (2017) Acoustic Environments Matter: Synergistic benefits to humans and wildlife. *Journal of Environmental Management* 3:245-254

*Petrelli AR, Levenhagen MJ, Wardle R*, **Barber JR**, Francis CD (2017) First to flush: the effects of ambient noise on songbird flight initiation distances and implications for human experiences with nature. *Frontiers in Ecology and Evolution.* https://doi.org/10.3389/fevo.2017.00067

*Davidson BM, Antonova G, Dlott* H, **Barber JR**, Francis CD (2017) Natural and anthropogenic sounds reduce song performance: insights from two emberizid species. *Behavioral Ecology* 28(4):974-982.

*Measor KR, Leavell BC, Brewton DH, Rumschlag J*, **Barber JR** and Razak KA (2017) Matched Behavioral and Neural Adaptations for Low Sound Level Echolocation in a Gleaning Bat, *Antrozous Pallidus*. *eNeuro* 2017; 10.1523/ENEURO.0018-17.2017

*Bunkley JP*, McClure CJW, Francis CD, Kawahara AY, **Barber JR** (2017) Anthropogenic Noise Differentially Affects Arthropod Family Abundances. *Ecology and Evolution* https://doi.org/10.1002/ece3.2698

**2016**

McClure CJW, *Ware HE*, Carlisle JD, **Barber JR** (2016) Noise pollution from a phantom road alters the age structure of a community of migrating birds. *Animal Conservation.* 10.1111/acv.12302

*Mason TJ*, McClure CJW, **Barber JR** (2016) Anthropogenic noise impairs owl hunting behavior. *Biological Conservation* 199:29-32.

*Zhong M, Hill GM, Gomez JP, Plotkin D,* **Barber JR**, Kawahara AY (2016) Characterizing Lepidoptera wing shape with geometric morphometrics: Saturniid hind wings as a case study.

*Journal of the Lepidopterists Society* 70(2):99-107.

Monz C, D'Antonio A, Lawson S, **Barber JR**, Newman P (2016) The Ecological Implications of Visitor Transportation in Parks and Protected Areas: Examples From Research in US National Parks. *Journal of Transport Geography* 51:27-35.

**2015**
**Barber JR**, *Leavell BC, Keener AL*, Breinholt JW, Chadwell BA, McClure CJW, Hill GM, Kawahara AY (2015*)* Moth tails divert bat attack: evolution of acoustic deflection. *Proceedings of the National Academy of Sciences* 112(9):2812-2816.

*Bunkley JP* and **Barber JR** (2015) Noise Reduces Foraging Efficiency in Pallid Bats (*Antrozous pallidus*). *Ethology* 121(11):1116-1121.

*Ware HE*, McClure CJW, Carlisle J, **Barber JR** (2015) A phantom road experiment reveals traffic noise is an invisible source of habitat degradation. *Proceedings of the National Academy of Sciences* 112(39):12105-12109.

Swaddle J, Francis C*, **Barber JR***, Cooper C*, Kyba CMC, Dominoni D, Shannon G, Aschehoug E, *Goodwin S*, Kawahara AY, Luther D, Spoelstra K, Voss M, Longcore T (2015) A framework to assess evolutionary responses to anthropogenic light and sound. *Trends in Ecology and Evolution* 30(9):550-560. *Outcome of NSF NESCent Catalysis grant: Co-PI with C. Francis, PI C. Cooper.

McClure CJW, *Korte AC*, Heath JA, **Barber JR** (2015) Pavement and riparian forest shape the bird community along an urban river corridor. *Global Ecology and Conservation* 4:291-310.

Kawahara* AY**, Barber* JR** (2015) Tempo and mode of anti-bat ultrasound production and sonar jamming in the diverse hawkmoth radiation. *Proceedings of the National Academy of Sciences* 112(20): 6407-6412. ***Authors contributed equally***

*Bunkley JP*, McClure CJW, *Kleist NJ*, Francis CD, **Barber JR** (2015) Anthropogenic noise alters bat activity levels and echolocation calls. *Global Ecology and Conservation* 3:62-71.

**2014**
*Ponce F*, Breinholt J, Hossie T, **Barber JR**, Janzen D, Hallwachs W and Kawahara AY (2014) Molecular phylogeny and evolution of larval eyespots in *Eumorpha* hawkmoths. *Molecular Ecology* DOI:10.1111/syen.12111

*Bunkley JP* and **Barber JR** (2014) An observation of apparent teaching behavior in the pallid bat, *Antrozous pallidus*. *Western North American Naturalist* 74(2):249-252.

**2013**
McClure CJW, *Ware HE*, Carlisle J, Kaltenecker G, **Barber JR** (2013) An experimental investigation into the effects of traffic noise on distributions of birds: Avoiding the phantom road. *Proceedings of the Royal Society of London Series B* 80: 20132290.

**Barber JR***, Kawahara AY* (2013) Hawkmoths produce anti-bat ultrasound. *Biology Letters* 9: 20130161. ***Authors contributed equally***

Francis CD*, **Barber JR*** (2013) A framework for understanding noise impacts on wildlife: an

urgent conservation priority. *Frontiers in Ecology and the Environment.* doi:10.1890/120183
***Authors contributed equally***

**2012 and earlier**
*Brown CL, Hardy AR*, **Barber JR**, Fristrup KM, Crooks KR, Angeloni LM (2012) The Effect of Human Activities and Their Associated Noise on Ungulate Behavior. *PLoS ONE* 7(7): e40505.

**Barber JR**, Burdett CL, Reed SE, *Warner KA, Formichella C*, Crooks KR, Theobald DM, Fristrup KM (2011) Anthropogenic noise exposure in protected natural areas: estimating the scale of ecological consequences. *Landscape Ecology*. 26:1281-1295.

Corcoran AJ, **Barber JR**, Hristov NI, Conner WE (2011) How do tiger moths jam bat sonar? *Journal of Experimental Biology*. 214:2416-2425.

**Barber JR**, Crooks K, Fristrup K (2010) The costs of chronic noise exposure for terrestrial organisms. *Trends in Ecology and Evolution*. 25(3):180-189.

Corcoran AJ*, Conner WE**, Barber JR*** (2010) Anti-bat tiger moth sounds: Form and function. *Current Zoology*. 56(3):358-369. ***Authors contributed equally***

Corcoran AJ, **Barber JR**, Conner WE (2009) Tiger moth jams bat sonar. *Science*. 325:325-327.

**Barber JR**, Brown C, Fristrup KM, Hardy AR, Angeloni L, Crooks KR (2009) Conserving the wild life therein: The effects of anthropogenic noise on animal ecology. *Park Science* 26:26-31.

**Barber JR**, Chadwell B, Garrett N, Schmidt-French B, Conner WE (2009) Naïve bats discriminate arctiid moth warning sounds but generalize their aposematic meaning. *Journal of Experimental Biology*. 212:2141-2148.

**Barber JR**, Conner WE (2007) Acoustic mimicry in a predator-prey interaction. *Proceedings of the National Academy of Sciences* 104(22): 9331-9334.

**Barber JR**, Conner WE (2006) Tiger moth responses to a simulated bat attack: Timing and duty cycle. *Journal of Experimental Biology* 209:2637-2650.

**Barber JR**, Razak KA, Fuzessery ZM (2003) Can two streams of auditory information be processed simultaneously? Evidence from the gleaning bat *Antrozous pallidus*. *Journal of Comparative Physiology A* 189:843-855.

---

**BOOK**

Manning R, Newman P, **Barber J**, Monz C, Hallo J, Lawson S (2018) *Natural Quiet and Natural Darkness. The "New" Resources of the National Parks*. University Press of New England.

---

**BOOK CHAPTERS**

Newman P, Taff D, **Barber JR**, Fristrup K (2015) Natural Soundscapes. In: *Wildland recreation: ecology and management*. Edited by Hammitt, WE, Cole DN, Monz, C. John Wiley & Sons.

Jesse R. Barber                                                                                          6

Conner WE, Hristov NI**, Barber JR** (2008) Sound strategies: Acoustic aposematism, startle and sonar jamming. In: *Tiger Moths and Wooly Bears: Behavior, Ecology and Evolution of the Arctiidae*. Edited by W.E. Conner. Oxford University Press.

---

**PRESENTATIONS**

International Society for Behavioural Ecology, August 11-16, 2018, Minneapolis, MN, USA. Talk: *The soundscape as an important ecological niche axis.*

Animal Behavior Society, June 12-16, 2017, Toronto, ON, Canada. Talk: *Widespread anti-bat sound production in Lepidoptera.*

North American Society for Bat Research, Oct. 12-15, 2016, San Antonio, TX. Talk: *Multi-modal aposematism in the bat-moth arms race.*

American Society for Naturalists Meeting, Jan. 10-14 2016, Monterey, CA. Talk: *Widespread anti-bat sound production in Lepidoptera.*

*Plenary Address* at the International Ecology and Transportation Meetings in Malmo, Sweden, Sept. 16-19, 2014. Talk: *An experimental investigation into the effects of traffic noise on birds: The Phantom Road project.*

The Wildlife Society, Milwaukee WI, Oct. 5-10 2013 Talk: *An experimental investigation into the effects of traffic noise on distributions of birds: Avoiding the phantom road.*

Invited Panel Discussion: Bridging Research on the Responses of Terrestrial and Marine Animals to Anthropogenic Sound, The Wildlife Society Annual Conference, Milwaukee WI, Oct. 5-10 2013

Animal Behavior Society, Boulder CO, July 27-Aug. 1 2013. Talk: *The function and evolution of hawkmoth anti-bat sounds.* Part of the symposium

Lepidopterists Society Annual Meeting, Gainseville, FL, June 27-July 1 2013. Talk: *The function and evolution of hawkmoth anti-bat sounds.*

Society for Integrative and Comparative Biology, San Francisco, CA, Jan. 3-7, 2013. *Symposium*: When Predators Attack: Sensing and Motion in Predator-Prey Interactions, Talk: *Escalation of the bat-moth arms race.*

Idaho Chapter of the Wildlife Society, Boise, ID, March 5-8, 2012. Talk: *Anthropogenic noise exposure: estimating the scale of ecological consequences.*

Grand Teton Resource Symposium, Grand Teton National Park, UWNPS Research Station, Sept. 5-8, 2011, Talk: *The costs of anthropogenic noise exposure for wildlife.*

Federal Aviation Administration, Aviation Noise Impacts Roadmap Annual Meeting in Washington DC, April 19-20, 2011, Talk: *Anthropogenic noise exposure in protected natural areas: estimating the scale of ecological consequences.*

**INVITED SEMINARS**

Idaho State University, Colorado College, Texas Tech University, Purdue, University of Montana, College of Idaho, University of Colorado Boulder, University of California Riverside, University of Florida, University of Wyoming-National Park Service Research Station, University of Wyoming, Wake Forest University, University of Minnesota

**PROFESSIONAL SERVICE**

*Reviewer* for Conservation Biology, Biological Conservation, Journal of Mammalogy, Journal of Applied Ecology, Functional Ecology, Journal of Experimental Biology, PLoS One, Environmental Management, Frontiers in Physiology, Biodiversity and Conservation, Proceedings of the Royal Society of London Series B, Biology Letters, Animal Behavior, Frontiers in Ecology and Evolution, Acta Chiropterologica, Proceedings of the National Academy of Sciences, Behavioral Ecology and Sociobiology, Behavioral Ecology, American Naturalist, Current Biology, Science, PLoS Biology, and Nature

*External reviewer* for the Smithsonian Institution, Canada Foundation for Innovation, National Science Foundation, Biotechnology and Biological Sciences Research Council of the UK

*Panel Member* for the National Science Foundation

**UNIVERSITY SERVICE**

Member of the College of Arts and Science Tenure and Promotion Committee, 2018-present.
Member of the Environmental Studies Advisory Board, 2018-present.
Member of the Institutional Animal Care and Use Committee, 2011-2017.
Member of the Human-Environment Interactions Cluster Hiring Committee, 2014-2015.

**DEPARTMENTAL SERVICE**

Member of the Graduate Committee - PhD in Ecology, Evolution and Behavior, 2017-current.
Chair of hiring committee for an Evolutionary Biologist, 2016-2017.
Member of the Organizing Committee for PhD in Ecology, Evolution and Behavior, 2016-2017.
Member of the Undergraduate Curriculum Revision Committee, 2013-2016
Member of Hiring Committee, 2013-2014
Member of the Departmental Reorganizational Working Group, Summer 2013
Seminar series organizer 2012/2013 academic year

**CURRENT MENTORING** (2 PhD students, 3 MS, 9 undergraduates, 1 postdoc)

| | |
|---|---|
| **Dylan Gomes** | Ph.D. Graduate Student |
| **Juliette Rubin** | Ph.D. Graduate Student |
| **Carlos Linares** | Ph.D. Graduarte Student |
| **Kate Owens** | M.S. Graduate Student |

Jesse R. Barber

**Hunter Cole**    M.S. Graduate Student
**Cory Toth**     Postdoctoral Scholar

**Undergraduate Researchers (9)**: Adam Keener, Krystie Miner, Melissa Eschenbrenner, Kelzie Hafen, Amanda Hardy, Brett Howell, Nate Azevedo, Michael Brownlee
**Graduate Committee Member** for 8 MS students and 2 PhD students at Boise State

**Member of PhD Committee** (and Research Affiliate at the Florida Museum of Natural History) for 4 PhD students.

---

**PAST MENTORING** (6 MS students, 13 undergraduates and 1 postdoc)

| | | **Current post** |
|---|---|---|
| **Dr. Chris JW McClure** | Postdoctoral Scholar | Director of Research at Peregrine Fund |
| **Jessie Bunkley** | M.S. Graduate Student | NGO |
| **Heidi Ware** | M.S. Graduate Student | Outreach Director Int. Bird Observatory |
| **Tate Mason** | M.S. Graduate Student | Outreach Director Peregrine Fund |
| **Allison Korte** | M.S. Graduate Student | Self-employed |
| **Elizeth Cinto Meija** | M.S. Graduate Student | PhD student Michigan State |
| **Juliette Rubin** | M.S. Graduate Student | PhD student Boise State |
| **Mitch Levenhagen** | M.S. Graduate Student | NGO |

**Undergraduate Researchers (13):** Jacque Pena, Roy Olvera, Mackenzie Whyte, Adrianna Romero, Patrick Niedermeyer, Cydney Middleton, Leo Ohyama, Zoe Mroz, Taylor Parker, Annie Baxter, Jillian Greene, Bailee Riesberg, Kaisha Young, **Amanda Loftus** (Amanda was awarded Top 10 Undergraduates in the College of Arts and Sciences in 2017, for which I also received a Faculty Mentor Award).

**Graduate Committee Member** for 5 MS students.

---

**PROFESSIONAL ORGANIZATIONS**

The Lepidopterists' Society
North American Society for Bat Research
Animal Behavior Society
American Society of Naturalists
Society for Conservation Biology

---

**SELECT MEDIA and OUTREACH**

**Bats and Fireflies (Leavell et al. 2018, *Science Advances*).** Covered by Science/AAAS, Science News, Associated Press, New Scientist, the Washington Post, among other news outlets. Radio Interview for BBC Radio: Science in Action. *Altmetric Attention Score: 386* – 0.002% of all articles tracked, ranked #176 from Science Advances.
**Long-tailed moths vs. Bats (Rubin et al. 2018, *Science Advances*).** Covered by Science/AAAS, Phys.org, Discover Magazine, National Geographic, Scientific American, among other news

outlets. Science magazine produced a short film about our work:
http://www.sciencemag.org/news/2018/07/watch-how-battles-bats-give-moths-their-flashy-tails
*Altmetric Attention Score: 506* – 0.001% of all articles tracked, ranked #123 from Science
Advances.
**PBS, Nature Series. Sex, Lies and Butterflies,** featured our work on bat-moth interactions.
Aired worldwide Summer 2018.
**HHMI BioInteractive Short Film - Moth Mimicry: Using Ultrasound to Avoid Bats**
(http://www.hhmi.org/biointeractive/moth-mimicry-using-ultrasound-avoid-bats) featured my
work on bat-moth interactions and won the 2016 Best Short Film at the Jackson Hole Science and
Media Film Awards.
**National Geographic Magazine, June 2016 issue,** featured a 1-page summary of our work on
bat-moth interactions. Also: http://www.nationalgeographic.com/magazine/2016/06/explore-
animals-moths-bats-acoustic-warfare/
**Traffic noise is an invisible source of habitat degradation (Ware et al. 2015, *PNAS*):** covered
by National Geographic, Atlantic magazine, NPR (radio interview), Scientific American, among
other news outlets. 9-15. *Altmetric Attention Score: 293* – 0.003% of all articles tracked, ranked
#834 from PNAS.
**Hawkmoths jam bat sonar (Kawahara and Barber 2015, *PNAS*):** covered by National
Geographic, Nature, Science News, Phys.org and other news outlets. 5-15. *Altmetric Attention
Score: 218* – 0.004% of all articles tracked, ranked #1,194 from PNAS.
**Moth tails divert bat attack (Barber et al. 2015, *PNAS*):** covered by Science, National
Geographic magazine, Science News, Popular Science, Smithsonianmag.com, Phys.org and other
news outlets. 2-15. *Altmetric Attention Score: 172* – 0.005% of all articles tracked, ranked #1,617
from PNAS.
**David Attenborough's Conquest of the Skies** featured an expedition to Borneo where we
conducted bat-moth research – feature length film. 1-2015
**Phantom Road paper (McClure et al. 2013, *Proc. B*):** covered by Science News, BBC, NPR
and other news outlets, 11-2013. *Altmetric Attention Score: 89* – 0.01% of all articles tracked,
ranked #453 from Proc B.
**Hawkmoth Anti-bat Ultrasound Discovery (Barber and Kawahara 2013, *Biology Letters*):**
covered by Science News, Nature, BBC, National Geographic, Natural History Magazine,
LiveScience and other news outlets, 7-2013. *Altmetric Attention Score: 200* – 0.004% of all
articles tracked, ranked #81 from Biology Letters.
**New York Times Magazine**, 'Whisper of the Wild', Covered our noise pollution work, 3-2012
**NPR** All Things Considered, Radio interview covering our discovery of anti-bat ultrasound
production by hawkmoths, 2-2012
**Idaho Watchable Wildlife Newsletter**, Idaho Fish and Game, *A Louder World for Wildlife*,
Summer 2012. Magazine article read by local wildlife managers and nature enthusiasts.
**NPR** Morning Edition, Radio interview on soundscapes research, 3-03-11

**REFERENCES**

William E. Conner (Ph.D. Mentor)
Professor
Wake Forest University
Department of Biology
Winston-Salem, NC
(336) 758-5315
conner@wfu.edu

Kurt M. Fristrup (Postdoctoral Mentor)
Senior Scientist
National Park Service
Natural Sounds and Night Skies Division
Fort Collins, CO
(970) 267-2102
kurt_fristrup@nps.gov

Clint D. Francis (Collaborator)
Associate Professor
Cal Poly
Department of Biological Sciences
San Luis Obispo, CA
(805) 756-5358
cdfranci@calpoly.edu

Kevin Feris (Current Chair)
Professor
Boise State University
Department of Biological Sciences
Boise, ID
(208) 426-5498
kevinferis@boisestate.edu